UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SCOTT PROUGH, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:20-cv-00205-HAB-SLC |
| AG TRUCKING, INC. | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant Ag Trucking, Inc. and Plaintiff, Scott Prough, by counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned cause of action in its entirety, including all claims that were brought or that could have been brought, and with each party to bear its own fees, costs, and expenses.

Date:   April 29th, 2021

Respectfully submitted,

*w/ consent of Nathaniel O. Hubley*
Nathaniel O. Hubley
THEISEN & ASSOCIATES, LLC
810 S. Calhoun St., Suite 200
Fort Wayne, IN  46802
(260) 422-4255
Facsimile:  260-422-4245
nhubley@theisen-associates.com

*Attorney for Plaintiff*

*/s/ Janilyn Brouwer Daub*
Janilyn Brouwer Daub
Christopher P. Rubey
BARNES & THORNBURG LLP
201 S. Main St., Suite 100
South Bend, IN  46601-2130
Direct Line: (574) 237-1135
Janilyn.Daub@btlaw.com
Christopher.Rubey@btlaw.com
Facsimile:  (574) 237-1125

*Attorneys for Defendant*

DMS 19708558.1